UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0206--CV (JKS)
"JEANETTE UEDA COLLIER ET AL V DENNIS PARIZEK"

Including terminated parties, excluding terminated counsel

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed:  08/25/05
          Closed:  NO

    Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

 Nature of Suit:  (890) Other Statutory Actions

          Origin:  (1) Original Proceeding
          Demand:
      Filing fee:  Paid $250.00 on 08/25/05 receipt # 00126451
        Trial by:
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | COLLIER, JEANETTE UEDA | Jeanette Ueda Collier<br>Pro Per<br>POB 104178<br>Anchorage, AK 99510<br>907-830-6651 |
| PLF 2.1 | COLLIER, STEPHEN CARROLL | Stephen Carroll Collier<br>Pro Per<br>POB 104178<br>Anchorage, AK 99510<br>907-830-6651 |
| DEF 1.1 | PARIZEK, DENNIS L. | John B. Snyder, III<br>U.S. Dept of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, DC 20044-0683<br>202-307-6548 |
| DEF 2.1 | WALSH, MICHAEL | John B. Snyder, III<br>(see above) |
| DEF 3.1 | GENERAL COMMUNICATIONS INC | Parry E. Grover<br>Davis Wright et al<br>701 W. 8th Avenue, Suite 800<br>Anchorage, AK 99501<br>907-257-5300<br>FAX 907-257-5399 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0206--CV (JKS)
"JEANETTE UEDA COLLIER ET AL V DENNIS PARIZEK"

For all filing dates

```
   Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 08/25/05
            Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (890) Other Statutory Actions

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 08/25/05 receipt # 00126451
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/25/05 | Complaint filed w/att exhs; Summons issued. |
| 2 - 1 | 08/31/05 | DEF 3 Attorney Appearance of P. Grover. |
| 3 - 1 | 09/02/05 | JKS Order that pltfs to complete svc by 12/23/05. cc: cnsl |
| 4 - 1 | 09/08/05 | PLF 1 Return of Service Executed on DEF 3 on 8/26/05. |
| 5 - 1 | 09/08/05 | PLF 1 Return of Service Executed re: DEF 2 on 8/27/05. |
| 6 - 1 | 09/09/05 | PLF 1-2 motion (application) for preliminary injunction. |
| 7 - 1 | 09/09/05 | PLF 1 Return of Service Executed re: DEF 1 on 8/25/05. |
| 8 - 1 | 09/09/05 | PLF 1-2 motion for expedited consideration re 6-1 . |
| 9 - 1 | 09/12/05 | JKS Order deferring until it is briefed motion (application) for preliminary injunction (6-1); denying motion for expedited consideration re 6-1 (8-1). cc: cnsl |
| 10 - 1 | 09/13/05 | PLF 1-2 motion to recuse Judge Singleton & aff w/att exhs. |
| 11 - 1 | 09/16/05 | DEF 3 Answer to Complaint. |
| 12 - 1 | 09/19/05 | PLF 1-2 motion for reconsideration court's order issued 9/12/05. |
| 13 - 1 | 09/20/05 | JKS Minute Order re pltf to require an answer from DEF 1,2 or apply for default due w/in 20 days. cc: cnsl |
| 14 - 1 | 09/21/05 | PLF 1-2 Application for entry of default re: DEF 2 w/att aff. |
| 15 - 1 | 09/22/05 | Clerk's Notice entering default as to DEF 2. cc: cnsl, M. Walsh |
| 16 - 1 | 09/23/05 | PLF 1-2 Application for entry of default re: DEF 1 w/att affs. |
| 17 - 1 | 09/26/05 | PLF 1-2 motion for default judgment against Michael Walsh. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0206--CV (JKS)
                        "JEANETTE UEDA COLLIER ET AL V DENNIS PARIZEK"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 18 - 1 | 09/28/05 | JKS Minute Order by agreement of judges doc #10-1 reassigned to Judge Beistline for a ruling. cc: cnsl, Judge Beistline |
| 19 - 1 | 09/28/05 | RRB Order denying motion to recuse Judge Singleton (10-1).  cc: cnsl, Judge Singleton |
| 20 - 1 | 09/28/05 | DEF 2 motion to expunge default w/att memo. |
| 21 - 1 | 09/29/05 | PLF 1-2 motion for preliminary injunction local rule 7.1(d). |
| 22 - 1 | 09/29/05 | PLF 1-2 motion for default judgment against Dennis L. Parizek. |
| 23 - 1 | 09/30/05 | DEF 3 opposition to PLF 1-2 motion for default judgment against Michael Walsh (17-1). |
| 24 - 1 | 09/30/05 | DEF 3 opposition to PLF 1-2 motion (application) for preliminary injunction. (6-1), PLF 1-2 motion for preliminary injunction local rule 7.1(d). (21-1). |
| 25 - 1 | 10/03/05 | DEF 1-2 motion to substitute attorney for service of process. |
| 26 - 1 | 10/03/05 | DEF 1-2 motion to dismiss plfs complaint w/att memo. |
| 27 - 1 | 10/03/05 | PLF 1-2 motion for reconsideration of it's order denying motion to recuse. |
| 28 - 1 | 10/04/05 | JKS Order denying motion for reconsideration court's order issued 9/12/05 (12-1); denying motion for default judgment against Michael Walsh (17-1); granting motion to expunge default (20-1); vacating entry of default (15-1). cc: cnsl |
| 29 - 1 | 10/05/05 | RRB Minute Order denying motion for reconsideration of it's order denying motion to recuse (27-1).  cc: cnsl, Judge Singleton |
| 30 - 1 | 10/06/05 | PLF 1-2 reply to GCI's opposition to default judgment against Michael Walsh. |
| 31 - 1 | 10/06/05 | PLF 1-2 reply to opposition to PLF 1-2 motion (application) for preliminary injunction. (6-1), PLF 1-2 motion for preliminary injunction local rule 7.1(d). (21-1). |
| 32 - 1 | 10/11/05 | PLF 1-2 opposition to DEF 1-2 motion to dismiss plfs complaint (26-1). |
| 33 - 1 | 10/11/05 | PLF 1-2 opposition to DEF 1-2 motion to substitute attorney for service of process (25-1). |
| 34 - 1 | 10/11/05 | PLF 1-2 motion for reconsideration of order dated 10/4/05. |
| 35 - 1 | 10/31/05 | PLF 1-2 Second Application for entry of default against DEF 1 w/att affs. |
| 36 - 1 | 10/31/05 | PLF 1-2 Second Application for entry of default re: DEF 2 w/att affs. |
| 39 - 1 | 10/31/05 | PLF 1-2 motion (second request) for default judgment against Dennis L. Parizek. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0206--CV (JKS)
"JEANETTE UEDA COLLIER ET AL V DENNIS PARIZEK"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 40 - 1 | 10/31/05 | PLF 1-2 motion (second request) for default judgment against Michael Walsh. |
| 37 - 1 | 11/01/05 | Clerk's Notice it appearing from the record that a mot to dismiss has been filed by DEF 1, clk's dkt # 26, therefore, default can not be entered against DEF 1. cc: cnsl |
| 38 - 1 | 11/01/05 | Clerk's Notice it appearing from the record that a motion to dismiss has been filed by DEF 2, clk's dkt # 26, therefore, default can not be entered against DEF 2. cc: cnsl |
| 41 - 1 | 11/07/05 | PLF 1-2 motion for discovery. |
| 42 - 1 | 11/07/05 | PLF 1-2 motion for sanctions against United States. |
| 43 - 1 | 11/14/05 | DEF 3 motion for sanctions pursuant to Rule 11 w/att exh. |
| 44 - 1 | 11/14/05 | DEF 3 motion to dismiss. |
| 45 - 1 | 11/17/05 | DEF 1-2 opposition to PLF 1-2 motion for sanctions against United States (42-1). |
| 46 - 1 | 11/23/05 | PLF 1-2 motion (request) for complete copy of response to sanctions from United States. |
| 47 - 1 | 11/28/05 | PLF 1-2 opposition to DEF 3 motion for sanctions pursuant to Rule 11 (43-1). |
| 48 - 1 | 11/28/05 | PLF 1-2 opposition to DEF 3 motion to dismiss (44-1). |
| 49 - 1 | 11/29/05 | JKS Order denying motion for reconsideration of order dated 10/4/05 (34-1), motion (second request) for default judgment against Dennis L. Parizek (39-1), motion (second request) for default judgment against Michael Walsh (40-1), motion for discovery (41-1), motion for sanctions against United States (42-1); granting motion to substitute attorney for service of process (25-1). cc: cnsl |
| 50 - 1 | 11/29/05 | PLF 1-2 amended opposition to DEF 3 motion for sanctions pursuant to Rule 11 (43-1). |
| 51 - 1 | 11/30/05 | JKS Minute Order denying motion (request) for complete copy of response to sanctions from United States (46-1). cc: cnsl |