UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
JAN 30 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

06-35017

**CASE INFORMATION:**
Short Case Title: Jeanette Ueda Collier et al v Dennis L. Parizek et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Judge Singleton - A05-206CV (JKS)
Date Complaint/Indictment/Petition Filed: complt - dkt # 1 - 8/25/05
Date Appealed Order/Judgment *entered*: judgment- dkt #56 - 12/13/05
Date NOA *filed*: 12/29/05
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: N/A

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: yes -00127337        Date Docket Fee billed: __
Date FP granted: __                        Date FP denied: __
Is FP pending? __yes/no                    Was FP Limited/Revoked?
US Government Appeal?  __yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                         Appellee Counsel:
Jeanette Ueda Collier (pro se)             John Snyder, III (DEF 1-2)
POB 104178                                 U.S. Dept of Justice
Anchorage, Alaska 99510                    POB 683
                                           Ben Franklin Station
                                           Washington, DC 20044-0683

Stephen Carroll Collier (pro se)           Parry E. Grover (DEF 3)
POB 104178                                 Davis Wright et al
Anchorage, Alaska 99510                    701 W. 8th Avenue, Suite 800
                                           Anchorage, Alaska 99501

__XX__retained  __CJA  __FPD  __FPD  __Other       Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: __
Bail: __

SCANNED

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Shari Fuhrer
                                                      907-677-6122