UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| JEANETTE COLLIER; STEPHEN CARROLL COLLIER,<br><br>     Plaintiffs - Appellants,<br><br>v.<br><br>DENNIS L. PARIZEK; MICHAEL WALSH; GENERAL COMMUNICATIONS INC.,<br><br>     Defendants - Appellees. | No. 06-35017<br>D.C. No. CV-04-00206-JKS(A)<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**2/15/06**   Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**3/17/06**   The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

**\*\*\***   The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the**

**appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Synitha Fuller
Deputy Clerk