**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 22 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEANETTE UEDA COLLIER; STEPHEN CARROLL COLLIER,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>DENNIS L. PARIZEK; et al.,<br><br>Defendants - Appellees. | Nos. 06-35017<br><br>DC# CV-04-00206-JKS(A)<br>Alaska (Anchorage)<br><br>ORDER |

RECEIVED
SEP 0 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

The petition for rehearing en banc is denied.

No further filings will be accepted in this closed appeal.

A TRUE COPY   8/30/07
ATTEST
CATHY CATTERSON
Clerk of Court

by:_____
    Deputy Clerk

This certification does constitute the mandate of the court.